**Order entered September 18, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00678-CR

**THYREN CLENT JUSTUS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1653093-W**

## ORDER

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandate in

this appeal **INSTANTER**.


/s/     DAVID EVANS
          JUSTICE